In the Matter of the Claim of GERTRUDE AYERS, Respondent, against DUNN PEN AND PENCIL COMPANY et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — master and servant — traveling salesman for corporation engaged in business in this State killed in course of employment in another State — validity of award of compensation.*

*Matter of Ayers* v. *Dunn Pen & Pencil Co.*, 217 App. Div. 702, affirmed.
(Argued January 10, 1927; decided January 25, 1927.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered October 5, 1926, unanimously affirming an award of the State Industrial Board made under the Workmen's Compensation Law. Claimant's husband, while in the employ as a traveling salesman of defendant Dunn Pen and Pencil Company, a New York corporation having its principal place of business in this State, was killed in the State of Colorado while performing duties in the course of his employment. The question was whether compensation might be awarded here.

*Jeremiah F. Connor* and *Frank J. O' Neill* for appellants.

*Albert Ottinger, Attorney-General* (*E. C. Aiken* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS and LEHMAN, JJ. Not sitting: KELLOGG, J.

---

In the Matter of the Claim of R. FINCH, Respondent, against BUFFALO ENVELOPE COMPANY et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — master and servant — notice — injury to toe causing infection resulting in loss of leg — failure to give written notice.*

*Matter of Finch* v. *Buffalo Envelope Co.*, 218 App. Div. 31, affirmed.
(Argued January 10, 1927; decided January 25, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered